IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
19 DEC 10 AM 11:29
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

DYLAN OTTMERS,
*Plaintiff*

-vs-

SPEEDY CASH,
*Defendant*

§
§
§
§
§
§
§
§
§

A-19-CV-00929-JRN

## FINAL JUDGMENT

On this date, the Court issued an order Granting Defendant's Motion to Compel Arbitration and Dismiss the Action (Dkt. 8). As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that that each party bear its own costs.

SIGNED this 10TH day of December, 2019.

JAMES R. NOWLIN
UNITED STATES SENIOR DISTRICT JUDGE